Eastern District of Kentucky
FILED

JUL 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL ACTION NO. <u>6:26-CR-099-SCM</u>

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                          **MOTION OF UNITED STATES TO**
                       **UNSEAL INDICTMENT AND PLEADINGS**

BRYAN CANTRELL
                                                          DEFENDANT

\*    \*    \*    \*    \*

The United States moves to unseal the indictment and other pleadings as to the above-named defendant sealed by the Order of July 24, 2026.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By: _____
Justin E. Blankenship
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, Kentucky 40741
(606) 330-4829
justin.blankenship2@usdoj.gov